UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KENDRA MAZE | CIVIL ACTION NO. 19-cv-953 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| MARK GARBER ET AL | MAGISTRATE JUDGE WHITEHURST |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss [Doc. 13] filed by defendant Mark Garber is GRANTED, and the claims against defendant Mark Garber in his official and individual capacity are DISMISSED WITH PREJUDICE for repeated failures of the plaintiff to comply with Court orders.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 28th day of October, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE